

# NUMBER 13-14-00637-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MARTIN RANGEL,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 117th District Court
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Memorandum Opinion Per Curiam

Appellant, Martin Rangel, was convicted of theft.  On August 22, 2014, appellant filed a notice of appeal by and through his attorney.  Appellant's attorney filed a motion to abate the appeal advising the Court that he was unable to proceed with the appeal because of an inability to contact the appellant.  On July 7, 2015, this Court abated the

appeal and ordered the trial court to determine whether appellant could be located and whether appellant desired to prosecute this appeal.

The trial court held a hearing on August 3, 2015. A supplemental record was filed on August 6, 2015. Accordingly, this appeal is REINSTATED. Counsel for appellant appeared, but appellant did not appear. The trial court found that appellant has advised that he no longer wishes to pursue the appeal and recommended that appellant has abandoned the appeal.

Based upon the recommendation of the trial court that appellant has abandoned his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, we dismiss the appeal.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the 8th
day of October, 2015.

2